**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                                     **PLAINTIFF**

       **v.**                    **Civil No. 06-5146**

**ALVIN A. TOLBERT,**
**ROBERTA SUE TOLBERT,**
**A & R EQUITY HOLDINGS**                                                                                         **DEFENDANTS**

**O R D E R**

On September 14, 2007, the Court granted the United States' **Motion for Summary Judgment** to reduce its tax assessments against Alvin Tolbert to judgment and to foreclose its tax liens against the property at issue in this action. (Docs. 20, 43, 44.) Currently before the Court is Tolbert's pro se **"Motion Pursuant to Rule 52 and 59 or Other Proper Authority for Findings of Fact, Conclusions of Law, and Reversal of the Summary Judgment" (Doc. 46)**. As the United States points out in its **Response (Doc. 48)**, the Court has previously addressed, and rejected, the arguments raised by Tolbert in the current motion. (Docs. 19, 30, 43.) Accordingly, Tolbert's current motion is **DENIED**.

**IT IS SO ORDERED** this 28th day of September, 2007.

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**